# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| C.I.G.H., <br>     Petitioner, <br> <br> v. <br> <br> HEIDI STIRRUP, Acting Director, Office of Refugee Resettlement, *et al.*, <br>     Respondents. | Civil Action No.: 3:20-cv-00796 <br> Judge Campbell/Frensley |

## ORDER

The Court held a status conference with the Parties on December 10, 2021. By **December 21, 2021,** the Parties shall file a Joint Status Report regarding the scheduling order in this case and other matters discussed at the status conference.

IT IS SO ORDERED.

                                                        **JEFFERY S. FRENSLEY**
                                                        **United States Magistrate Judge**