MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| C.I.G.H., through his guardian *ad litem* Tricia Herzfeld, | ) ) ) | |
| *Petitioner,* | ) ) | |
| | ) | NO.: 3:20-cv-00796 |
| v. | ) ) | |
| HEIDI STIRRUP, Acting Director, Office of Refugee Resettlement, *et al.*, | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| *Respondents.* | ) ) | |

### GUARDIAN *AD LITEM*'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A-C AND REDACT PORTIONS OF PROPOSED COMPLAINT AND AMENDED PETITION FOR WRIT OF *HABEAS CORPUS*

Tricia Herzfeld (the "Guardian"), in her capacity as Guardian *Ad Litem* for C.I.G.H., filed a Motion for Leave to Amend. Attached to the Motion for Leave to Amend, the Guardian filed an proposed Complaint and Amended Petition for Writ of *Habeas Corpus* that included pictures of C.I.G.H. The Guardian simultaneously filed, as exhibits, letters prepared by various immediate and extended members of C.I.G.H.s foster family, close friends of the Foster Parents with personal in-home observations, and other family friends, church friends, and neighbors of the Foster Parents concerning the relationship between C.I.G.H. and the Foster Parents (Exhibits A, B, and C).

The pictures depicted in the proposed amendment and exhibits A-C contain either personal identifying information concerning C.I.G.H. or his foster family by name.

The Guardian therefore moves this Court to grant her leave to file exhibits A-C under seal and leave to file a redacted version of the proposed amendment.

Dated: December 9, 2021                    Respectfully submitted,

                                                                                         */s/ Anthony Orlandi*
Anthony Orlandi (BPR #33988)
Branstetter, Stranch & Jennings, PLLC 223 Rosa L Parks Avenue
Suite 200
Nashville, TN 37203
Phone: 615-254-8801
Fax: 615-255-5419
aorlandi@bsjfirm.com

*Counsel for Petitioner C.I.G.H., by and through Guardian Ad Litem Tricia Herzfeld*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2021, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, to:

James Matthew Blackburn
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
(615) 736-5151
Fax: (615) 401-6626
Email: matt.blackburn@usdoj.gov
*Counsel for Respondents, Heidi Stirrup, Jallyn Sualog,*
*Lynn Johnson, Alex Azar, and Claudia Genao*

Daniel W. Olivas
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street
Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
Fax: (615) 259-1389
Email: dolivas@lewisthomason.com
*Counsel for Respondents, Amy Scott and Bethany Christian Services*

Lindsey M. Shepard
Quintairos, Prieto, Wood & Boyer, P.A
424 Church Street, Suite 1410
Nashville, TN 37219
Email: Lindsey.Shepard@qpwblaw.com

Minton P. Mayer
Quintairos, Prieto, Wood & Boyer, P.A
424 Church Street
Suite 1410
Nashville, TN 37219
(615) 248-3605
Fax: (615) 248-3606
Email: minton.mayer@qpwblaw.com

*Counsel for Interested Parties, Caroline Britt and Austin Britt*

Tricia Herzfeld
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Email: triciah@bsjfirm.com
*Guardian Ad Litem for C.I.G.H.*

                                                  */s/ Anthony Orlandi*
                                                  Anthony Orlandi