IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| C.I.G.H., | ) |
| | ) |
|    Petitioner, | ) |
| | ) NO. 3:20-cv-00796 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| HEIDI STIRRUP, *Acting Director,* | ) MAGISTRATE JUDGE FRENSLEY |
| *Office of Refugee Resettlement, et al.,* | ) |
| | ) |
|    Respondents. | ) |

### ORDER

Before the Court is Petitioner's motion for approval of minor settlement. (Doc. No. 79). Petitioner submitted a copy of the Settlement directly to chambers for the Court's consideration. Having reviewed the Settlement and the record in this case, for the reasons stated during the hearing, the Settlement is **APPROVED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE